# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**ANDRE JEAN-BAPTIST**,

                            Plaintiff(s),

    v.

                                        TELEPHONE CONFERENCE

**GLK FOODS LLC**,                                     Case No. 15-C-636

                            Defendant(s).

---

HONORABLE WILLIAM C. GRIESBACH presiding                Tape:
Deputy Clerk: Amanda                                                      Hearing Began:   11:43 a.m.
Proceeding Held: June 1, 2015                                   Hearing Ended:   11:48 a.m.

**<u>Appearances</u>:**

    **Plaintiff(s):**     Gregory Schell

    **Defendant(s):**     Bradley Bell, Gregory Gill Sr

---

The Court asks counsel if this court should adopt the schedule the was already set.

Mr. Schell informs the Court that he intends to file an amended complaint.

The Court instructs the parties to file the amended complaint and the amended answer.

A Rule 16 Telephone Scheduling Conference will be scheduled approximately fifty days out.