UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

ANDRE JEAN-BAPTISTE,

        Plaintiff,

Case No.: 15-cv-636

v.

GLK FOODS, LLC,

        Defendant.

_____/

## **JOINT MOTION TO EXTEND DEADLINE TO COMPLETE FACT DISCOVERY**

The Parties, Plaintiff, Andre Jean-Baptiste as Class Representative, and Defendant, GLK Foods, LLC, by and through their respective undersigned counsel, pursuant to Rule 29, Fed. R. Civ. P., and Rule 26(c), Civil L. R., hereby respectfully request that the Court issue an Order extending the discovery deadline in this matter from July 5, 2016, to October 5, 2016, and state as follows:

1. Under the Court's Scheduling Order dated July 22, 2015, the deadline for completion of fact discovery was set for July 5, 2016.

2. Due to scheduling conflicts of the Parties, there remain several depositions that need to be taken in the next several months.

3. To allow for sufficient time for the Parties to conduct depositions in this matter, and potentially necessary follow-up discovery, the Parties request that the Court grant an extension of time to conclude fact discovery through and including October 5, 2016.

4. The requested extension will not affect any of the other dates set in this matter.

5. The Parties have conferred and jointly request this extension.

**WHEREFORE**, Plaintiff, Andre Jean-Baptiste ass Class Representative, and Defendant, GLK Foods, LLC, respectfully requests this Court enter an Order extending the deadline to complete discovery through and including October 5, 2016, and for such other relief the Court deems appropriate.

Dated this 6th day of July, 2016.

| /s/ Gregory S. Schell | /s/ Bradley S. Bell |
|---|---|
| Gregory S. Schell, Esq. | BRADLEY S. BELL, ESQ. |
| Florida Bar No. 287199 | Florida Bar No.: 184306 |
| MIGRANT FARMWORKER JUSTICE PROJECT | BELL LAW GROUP, P.A. |
| P.O. Box 32159 | 407 N. Howard Avenue |
| Palm Beach Gardens, FL 33420 | Suite 201 |
| Telephone: (561) 582-3921 | Tampa, FL 33606 |
| E-Mail: greg@floridalegal.org | Telephone: (813) 867-4522 |
| Attorney for Plaintiff | E-Mail: bbell@bbellpa.com |
| | Attorney for Defendant |

## CERTIFICATE OF COUNSEL

**I HEREBY CERTIFY** that no memorandum or other supporting papers will be filed with this Motion.

/s/ Bradley S. Bell

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically served the foregoing document on: Gregory S. Schell, Esq. (greg@floridalegal.org) Migrant Farmworker Justice Project, Florida Legal Services, Inc., Post Office Box 32159, Palm Beach Gardens, Florida 33420, this 6th day of July, 2016.

/s/ Bradley S. Bell
BRADLEY S. BELL, ESQ.
FL Bar No.: 184306
DOUGLAS J. COLLINS, ESQ.
FL Bar No.: 25838
MICHAEL T. RELIHAN, ESQ.
FL Bar No.: 0116053
**BELL LAW GROUP, P.A.**
407 N. Howard Avenue
Suite 201
Tampa, FL 33606
(813) 867-4522 (Ph)
(813) 867-4542 (Fax)
Attorneys for Defendant,
GLK Foods, LLC
bbell@bbellpa.com
dcollins@bbellpa.com
mrelihan@bbellpa.com
Secondary email addresses:
cleavy@bbellpa.com
scordray@bbellpa.com